IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO. 3:22-cr-00344 |
| ) | 18 U.S.C. § 371 |
| ) | 18 U.S.C. § 922(a)(6) |
| ) | 18: U.S.C. § 922(a)(1)(A) |
| ) | 18: U.S.C. § 923(a) |
| vs. ) | 18 U.S.C. § 924(a)(2) |
| ) | 18 U.S.C. § 2 |
| ) | 18 U.S.C. § 924(d)(1) |
| ) | 28 U.S.C. § 2461(c) |
| ) | |
| **KELSEY ANTONIO MCCALLUM** ) | **SUPERSEDING INDICTMENT** |

## COUNT 1

THE GRAND JURY CHARGES:

1.     That beginning at a time unknown to the Grand Jury, but beginning from at least in or around June of 2020, and continuing up to and including the date of this Superseding Indictment, in the District of South Carolina and elsewhere, the Defendants, **KELSEY ANTONIO MCCALLUM**, and a known co-conspirator to the Grand Jury, knowingly, willfully, and unlawfully did combine, conspire, confederate, and agree together and with each other:

  (A)   To make false statements with regard to the acquisition of firearms from licensed firearm dealers, in violation of Title 18, United States Code, Section 922(a)(6); and

  (B)   Not being licensed dealers of firearms, to willfully engage in the business of dealing in firearms, in violation of Title 18, United States Code, Sections 922(a)(1)(A), and 923(a);

1

2. In furtherance of the conspiracy and to affect the objects of the conspiracy, the following overt acts, among others, were committed in the District of South Carolina and elsewhere:

(A) From in or about June 2020, through January 2021, the co-conspirator straw purchased firearms from federal firearms licensees in South Carolina, falsely representing herself to be the actual buyer of the firearms;

(B) From in or about June 2020, through January 2021, the co-conspirator transferred these firearms to **KELSEY ANTONIO MCCALLUM**;

(C) From on or about December 1, 2017, through the date of this Superseding Indictment, **KELSEY ANTONIO MCCALLUM** straw purchased firearms from federal firearms licensees in South Carolina, falsely representing himself to be the actual buyer of the firearms;

(D) From in or about June 2020, through the date of this Superseding Indictment, **KELSEY ANTONIO MCCALLUM** transported illegally acquired firearms from South Carolina to Maryland; and

(E) Counts 2-17 are incorporated herein, as if set forth verbatim, as overt acts;

All in violation of Title 18, United States Code, Section 371.

## COUNTS 2-17

THE GRAND JURY FURTHER CHARGES:

That on or about the dates reflected below, in the District of South Carolina, the Defendant, **KELSEY ANTONIO MCCALLUM**, did knowingly make a false statement in connection with the acquisition of the firearm listed below from the licensed dealer listed below, which was intended and likely to deceive the said dealer with respect to a fact material to the lawfulness of the sale and disposition of the firearm under the provisions of Chapter 44 of Title 18, United States Code, in that the Defendant named below did execute a Department of the Treasury, Bureau of Alcohol, Tobacco and Firearms Form 4473, Firearms Transaction Record, to the effect that they were the true purchaser of the firearm listed below, whereas in truth and in fact, they were not the true purchaser;

| COUNT | DATE | DEFENDANT | FIREARMS | LICENSED DEALER |
|---|---|---|---|---|
| 2 | 01/05/2021 | **DAEJA BRYANA HODGE**, aided and abetted by **KELSEY ANTONIO MCCALLUM** | SCCY 9mm pistol; Smith and Wesson .380 caliber automatic pistol; and Smith and Wesson .40 caliber pistol | Palmetto State Armory, Columbia, South Carolina |
| 3 | 01/05/2021 | **DAEJA BRYANA HODGE**, aided and abetted by **KELSEY ANTONIO MCCALLUM** | SCCY 9mm pistol; Taurus .357 Magnum revolver; and Springfield Armory 9mm pistol | Pistols Plus, Columbia, South Carolina |

| # | Date | Name | Firearm | Dealer |
|---|---|---|---|---|
| 4 | 01/09/2021 | **DAEJA BRYANA HODGE**, aided and abetted by **KELSEY ANTONIO MCCALLUM** | Taurus .38 caliber revolver and<br><br>Taurus 9x19mm pistol | Palmetto State Armory, Columbia, South Carolina |
| 5 | 06/09/2020 | **KELSEY ANTONIO MCCALLUM** | Glock, Model 22, .40 caliber pistol; | Strong Arms, LLC, Sumter, South Carolina |
| 6 | 06/09/2020 | **KELSEY ANTONIO MCCALLUM** | Smith & Wesson, Model M&P 45, .45 caliber pistol; | Tony's Gun & Police Supply, Sumter, South Carolina |
| 7 | 07/23/2020 | **KELSEY ANTONIO MCCALLUM** | SKY, Model CPX-1, 9mm pistol<br><br>KTC, Model PF-9, 9mm pistol | Tony's Gun & Police Supply, Sumter, South Carolina |
| 8 | 07/30/2020 | **KELSEY ANTONIO MCCALLUM** | Smith & Wesson, Model SD9VE, 9 mm pistol | T & K Outdoors, Inc., Spartanburg, South Carolina |
| 9 | 08/16/2020 | **KELSEY ANTONIO MCCALLUM** | GIR, Model MC 28SA, 9 mm pistol | Palmetto State Armory Columbia, South Carolina |
| 10 | 09/02/2020 | **KELSEY ANTONIO MCCALLUM** | SKY, Model CPX-2, 9mm pistol | Palmetto State Armory Columbia, South Carolina |
| 11 | 09/22/2020 | **KELSEY ANTONIO MCCALLUM** | Taurus, Model G3, 9mm pistol | T & K Outdoors, Inc., Spartanburg, South Carolina |
| 12 | 10/05/2020 | **KELSEY ANTONIO MCCALLUM** | Glock, Model 19, 9 mm pistol | Shooter's Choice West, Columbia, South Carolina |
| 13 | 10/05/2020 | **KELSEY ANTONIO MCCALLUM** | Taurus, Model 605, .357 caliber revolver | Palmetto State Armory Columbia, South Carolina |
| 14 | 10/06/2020 | **KELSEY ANTONIO MCCALLUM** | Taurus, Model G2C, 9mm pistol | Mauldin Arms, Mauldin, South Carolina |

4

| 15 | 10/10/2020 | **KELSEY ANTONIO MCCALLUM** | Glock, Model 30, .45 caliber pistol<br><br>Taurus, Model 856, .38 caliber revolver | South Carolina Gun Company, LLC<br><br>Greer, South Carolina |
|---|---|---|---|---|
| 16 | 10/14/2020 | **KELSEY ANTONIO MCCALLUM** | Glock, Model 20Gen4, 10 mm pistol | The Gun Shop<br><br>Simpsonville, South Carolina |
| 17 | 06/02/2022 | **KELSEY ANTONIO MCCALLUM** | Beretta, Model APX Comb, 9 mm pistol | Tony's Gun & Police Supply<br><br>Sumter, South Carolina |

In violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2), and 2.

## **FORFEITURE**

FIREARMS OFFENSES:

Upon conviction for felony violation of Title 18, United States Code, Section 922(a)(6) as charged in this Superseding Indictment, the Defendant, **KELSEY ANTONIO MCCALLUM**, shall forfeit to the United States all of the Defendant's rights, title, and interest in:

    (a)    Any firearms and ammunition (as defined in 18 U.S.C. § 921)-

        (1)    involved in or used in any knowing violation of 18 U.S.C. § 922 or violation of any other criminal law of the United States or intended to be used in a crime of violence.

PROPERTY:

Pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), the property which is subject to forfeiture upon conviction of the Defendant for the offenses charged in this Superseding Indictment includes, but is not limited to, the following:

    A.    Firearm:

Del-Ton, model DTI-15, .223 caliber rifle
Serial Number.: S225902
Asset ID: 22-ATF-037506

    B.    Magazine:

(1) American Tactical 60 round 5.56 rifle magazine

    C.    Ammunition:

(60) rounds of 19-223 caliber ammunition

Pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).



A _____TRUE_____ Bill

FOREPERSON

ADAIR F. BOROUGHS
UNITED STATES ATTORNEY

By: _____
Christopher D. Taylor (Fed. ID # N956)
William K. Witherspoon (Fed. ID# 5945)
Assistant United States Attorney
1441 Main Street, Suite 500
Columbia, South Carolina 29201
Tel.:   803-929-3000
Fax:   803-256-0233
Email: chris.taylor2@usdoj.gov